1
2
3
4
5                    **UNITED STATES DISTRICT COURT**
6
7                         **DISTRICT OF NEVADA**
8
9                                 **\* \* \***
10
11 UNITED STATES OF AMERICA,    )
                                )
12           Plaintiff,         )
                                )
13                              )
      vs                        )         **2:12-cr-0078-KJD-GWF**
14                              )
   CHELSEA PASKO,               )
15                              )
             Defendant,         )
16 _____)

17         **ORDER REQUIRING PAYMENT FOR APPOINTED COUNSEL**

18         Pursuant to the provisions of the Criminal Justice Act,
19 18 U.S.C. 3006A, the Federal Public Defender was appointed as
20 counsel for the above-named defendant on March 19, 2012.
21     Based upon a review of the defendant's financial affidavit
22 and other relevant inquiry, the Court now finds that the defendant
23 possesses financial resources sufficient to bear some or all of
24 the cost of his or her representation, i.e., funds are available
25 from or on behalf of the defendant for payment of compensation and
26 expenses of court-appointed counsel and/or for other services
27 necessary for adequate representation.  Accordingly, pursuant to
28 the provisions of 18 U.S.C. 3006A(f),

IT IS ORDERED that the defendant shall reimburse the Treasury of the United States for the cost of his representation at the rate of **$200.00 per month,** payable to the **Clerk of the Court** for deposit in the Treasury, as follows: the defendant's **first payment shall be due on April 1, 2012,** and subsequent payments due on the 1st day of each month thereafter until the case has been concluded. The total amount of reimbursement shall be determined by the Court at the conclusion of this case.

Dated this 19th day of March, 2012.

**C.W. HOFFMAN, JR.,**
**UNITED STATES MAGISTRATE JUDGE**